# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00573-CV

**In re Daniel J. Post**

---

### ORIGINAL PROCEEDING FROM COMAL COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for a writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). Relator has not brought forward a record showing his entitlement to mandamus relief. *See* Tex. R. App. P. 52.7(a)(1). The request for emergency relief is dismissed as moot.

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Filed: August 30, 2024